# EXHIBIT 1

# EXHIBIT 1

**LAS VEGAS REVIEW-JOURNAL**
**reviewjournal.com**

February 1, 2010
Copyright © Las Vegas Review-Journal

## Laying off workers still would cost taxpayers

Ed Vogel

By ED VOGEL

LAS VEGAS REVIEW-JOURNAL CAPITAL BUREAU

CARSON CITY — If Gov. Jim Gibbons and legislators decide to lay **off** thousands of state employees to save money, the state **still** will be on the hook for paying their unemployment benefits, which **would cost** more than $1 million a month for every 1,000 **workers** affected.

Besides unemployment **costs**, the state **would** be obligated to pay laid-**off workers** for any sick leave and vacation time they have accumulated, according to Gibbons' communications director, Daniel Burns.

"The governor, the speaker and everyone in leadership knows this is a very complex issue," Burns said. "That's why we don't want to see anyone laid **off** in government, or in private industry."

Because of declines in tax revenue that support state government, Gibbons and legislators must cut state spending by 22 percent, or $900 million, in the period between March 2010 and June 30, 2011.

Gibbons said Tuesday he will call the Legislature into a special session soon after he delivers a Feb. 8 State of the State address.

While Gibbons has not announced his plans for reducing spending, **laying off workers**, cutting pay and reducing or eliminating some programs have been mentioned by employee representatives as the most likely options.

Private companies pay a tax to cover unemployment checks for their laid-**off workers**, but the state and local governments do not. Instead, they are billed by the Employment Security Division for the entire **costs**.

"The state of Nevada, like all other government agencies, is what is called a reimbursable employer," said Mae Worthey, a spokeswoman for the Department of Employment, Training and Rehabilitation. "This means they don't pay insurance premiums, but directly reimburse the UI (Unemployment Insurance) trust fund for all claims **costs**."

Covering unemployment benefits hasn't been much of a problem in state government to this point.

The Department of Personnel said just 60 state employees have been laid **off** in the last year and a half.

In contrast, private companies in the state cut their work forces by 9.5 percent, or 118,000 employees, in 2009 and are expected to lay **off** another 90,000 **workers** over the next two years.

Grey Weyland, a Personnel Department employee, said the unemployment **costs** to the state **would** be more than $1 million a month if 1,000 people lose their jobs.

The state has 16,000 general government employees. That total does not include public education and university and community college employees whose salaries are also largely funded by state appropriations.

Worthey said the maximum unemployment paid to any laid-**off worker** is $400 a week. The average is a little more than $300 per week.

If 1,000 employees are laid **off** and they receive $300 a week, then the state **cost would** run $1.2 million for each four-week period.

In addition to unemployment **costs** for laid-**off workers**, the state ultimately must pay back more than $1 billion that it will borrow from the federal government by the end of 2010 to continue to pay unemployment benefits for private industry.

With unemployment at 13 percent, the state, like most other states, had to get federal loans to pay benefits starting last fall when its unemployment trust fund was depleted.

Unless Congress forgives them, the states eventually will be charged interest on their loans and must pay them **off** over time.

In the 1970s, Nevada increased the tax that employers pay for unemployment benefits to cover a previous loan. And it could boost this tax again. But the Legislature also could use general fund dollars to pay **off** the federal loan.

Contact Capital Bureau Chief Ed Vogel at evogel@reviewjournal.com or 775-687-3901.

# EXHIBIT 2

# EXHIBIT 2



**LISTSERV 16.0**
Subscriber's Corner  Email Lists                                         Log In



## PORTSIDELABOR Archives

**PORTSIDELABOR@LISTS.PORTSIDE.ORG**

| View: | **Message:** | [ First | Previous | Next | Last ] |
| | **By Topic:** | [ First | Previous | Next | Last ] |
| | **By Author:** | [ First | Previous | Next | Last ] |
| | **Font:** | Proportional Font |

- LISTSERV Archives
- PORTSIDELABOR Home
- PORTSIDELABOR February 2010, Week 1

**Subject:** Laying off workers still would cost taxpayers
**From:** Portside Labor <[log in to unmask]>
**Reply-To:** [log in to unmask]
**Date:** Tue, 2 Feb 2010 21:20:42 -0500
**Content-Type:** text/plain
**Parts/Attachments:** text/plain (117 lines)

**Search Archives**
Advanced Options

[ Search ]

```
Laying off workers still would cost taxpayers
By ED VOGEL
Feb. 01, 2010
Las Vegas Review-Journal
http://www.lvrj.com/news/laying-off-workers-still-would
-cost-taxpayers-83230487.html

CARSON CITY -- If Gov. Jim Gibbons and legislators
decide to lay off thousands of state employees to save
money, the state still will be on the hook for paying
their unemployment benefits, which would cost more than
$1 million a month for every 1,000 workers affected.

Besides unemployment costs, the state would be
obligated to pay laid-off workers for any sick leave
and vacation time they have accumulated, according to
Gibbons' communications director, Daniel Burns.

"The governor, the speaker and everyone in leadership
knows this is a very complex issue," Burns said.
"That's why we don't want to see anyone laid off in
government, or in private industry."

Because of declines in tax revenue that support state
government, Gibbons and legislators must cut state
spending by 22 percent, or $900 million, in the period
between March 2010 and June 30, 2011.

Gibbons said Tuesday he will call the Legislature into
a special session soon after he delivers a Feb. 8 State
of the State address.

While Gibbons has not announced his plans for reducing
spending, laying off workers, cutting pay and reducing
or eliminating some programs have been mentioned by
employee representatives as the most likely options.

Private companies pay a tax to cover unemployment
checks for their laid-off workers, but the state and
local governments do not. Instead, they are billed by
the Employment Security Division for the entire costs.

"The state of Nevada, like all other government
agencies, is what is called a reimbursable employer,"
```

**Options**
- Log In
- Get Password
- Search Archives
- Subscribe or Unsubscribe

**Archives**

April 2010, Week 2
April 2010, Week 1
March 2010, Week 5
March 2010, Week 4
March 2010, Week 3
March 2010, Week 2
March 2010, Week 1
February 2010, Week 4
February 2010, Week 3
February 2010, Week 2
February 2010, Week 1
January 2010, Week 5
January 2010, Week 4
January 2010, Week 3
January 2010, Week 2
January 2010, Week 1
December 2009, Week 5
December 2009, Week 4
December 2009, Week 3
December 2009, Week 2
December 2009, Week 1
November 2009, Week 5
November 2009, Week 4
November 2009, Week 3
November 2009, Week 2
November 2009, Week 1
October 2009, Week 5
October 2009, Week 4
October 2009, Week 3
October 2009, Week 2
October 2009, Week 1
September 2009, Week 5
September 2009, Week 4
September 2009, Week 3
September 2009, Week 2

said Mae Worthey, a spokeswoman for the Department of Employment, Training and Rehabilitation. "This means they don't pay insurance premiums, but directly reimburse the UI (Unemployment Insurance) trust fund for all claims costs."

Covering unemployment benefits hasn't been much of a problem in state government to this point.

The Department of Personnel said just 60 state employees have been laid off in the last year and a half.

In contrast, private companies in the state cut their work forces by 9.5 percent, or 118,000 employees, in 2009 and are expected to lay off another 90,000 workers over the next two years.

Grey Weyland, a Personnel Department employee, said the unemployment costs to the state would be more than $1 million a month if 1,000 people lose their jobs.

The state has 16,000 general government employees. That total does not include public education and university and community college employees whose salaries are also largely funded by state appropriations.

Worthey said the maximum unemployment paid to any laid-off worker is $400 a week. The average is a little more than $300 per week.

If 1,000 employees are laid off and they receive $300 a week, then the state cost would run $1.2 million for each four-week period.

In addition to unemployment costs for laid-off workers, the state ultimately must pay back more than $1 billion that it will borrow from the federal government by the end of 2010 to continue to pay unemployment benefits for private industry.

With unemployment at 13 percent, the state, like most other states, had to get federal loans to pay benefits starting last fall when its unemployment trust fund was depleted.

Unless Congress forgives them, the states eventually will be charged interest on their loans and must pay them off over time.

In the 1970s, Nevada increased the tax that employers pay for unemployment benefits to cover a previous loan. And it could boost this tax again. But the Legislature also could use general fund dollars to pay off the federal loan.

Contact Capital Bureau Chief Ed Vogel at [log in to unmask] or 775-687-3901.

PortsideLabor aims to provide material of interest to people on the left that will help them to interpret the world and to change it.

To submit material to PortsideLabor: Send an email containing the material to [log in to unmask]

To subscribe to PortsideLabor: Send an email to [log in to unmask] with the subject 'portsidelabor subscribe'.

September 2009, Week 1
August 2009, Week 5
August 2009, Week 4
August 2009, Week 3
August 2009, Week 2
August 2009, Week 1
July 2009, Week 5
July 2009, Week 4
July 2009, Week 3
July 2009, Week 2
July 2009, Week 1
June 2009, Week 5
June 2009, Week 4
June 2009, Week 3
June 2009, Week 2
June 2009, Week 1
May 2009, Week 5
May 2009, Week 4
May 2009, Week 3
May 2009, Week 2
May 2009, Week 1
April 2009, Week 5
April 2009, Week 4
April 2009, Week 3
April 2009, Week 2
April 2009, Week 1
March 2009, Week 5
March 2009, Week 4
March 2009, Week 3
March 2009, Week 2
March 2009, Week 1
February 2009, Week 4
February 2009, Week 3
February 2009, Week 2
February 2009, Week 1
January 2009, Week 5
January 2009, Week 4
January 2009, Week 3
January 2009, Week 2
January 2009, Week 1
December 2008, Week 5
December 2008, Week 4
December 2008, Week 3
December 2008, Week 2
December 2008, Week 1
November 2008, Week 4
November 2008, Week 3
November 2008, Week 2
November 2008, Week 1
October 2008, Week 5
October 2008, Week 4
October 2008, Week 3
October 2008, Week 2
October 2008, Week 1
September 2008, Week 5
September 2008, Week 4
September 2008, Week 3
September 2008, Week 2
September 2008, Week 1
August 2008, Week 5
August 2008, Week 4
August 2008, Week 3
August 2008, Week 2
August 2008, Week 1
July 2008, Week 5
July 2008, Week 4
July 2008, Week 3
July 2008, Week 2
July 2008, Week 1
June 2008, Week 4
June 2008, Week 3
June 2008, Week 2
June 2008, Week 1
May 2008, Week 5
May 2008, Week 4
May 2008, Week 3
May 2008, Week 2

```
To unsubscribe from PortsideLabor: Send an email to
[log in to unmask] with the subject 'portsidelabor
unsubscribe'.

Top of Message | Previous Page | Permalink
```

- May 2008, Week 1
- April 2008, Week 5
- April 2008, Week 4
- April 2008, Week 3
- April 2008, Week 2
- April 2008, Week 1
- March 2008, Week 5
- March 2008, Week 4
- March 2008, Week 3
- March 2008, Week 2
- March 2008, Week 1
- February 2008, Week 4
- February 2008, Week 3
- February 2008, Week 2
- February 2008, Week 1
- January 2008, Week 5
- January 2008, Week 4
- January 2008, Week 2
- January 2008, Week 1
- December 2007, Week 4
- December 2007, Week 3

ATOM | RSS1 | RSS2

LISTS.PORTSIDE.ORG 

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:       Text

Registration Number / Date:
                    TX0007138060 / 2010-04-27

Application Title: Laying off workers still would cost taxpayers.

Title:              Laying off workers still would cost taxpayers.

Description:        Print Material.

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-02-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:     C.O. correspondence.

Names:              Stephens Media LLC
                    Righthaven LLC
==============================================================================
```